Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| MELEEA MYLUV, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-1109-MO |
| | ) | |
| vs. | ) | ORDER AWARDING FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, | ) | TO JUSTICE ACT |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This Court remanded this matter to the Commissioner for further proceedings. The parties above named, through their respective attorneys, agreed that attorney fees in the amount of $6,250.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees of $6,250.00 are hereby awarded to Plaintiff.

IT IS SO ORDERED.

DATED this ___25___ day of _May_____, 2005

_____
Michael W. Mosman
United States District Judge

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1